■ RACHEL GOURVITCH, Respondent, v 92ND AND 3RD REST CORP., Appellant, et al., Defendant. [44 NYS3d 403]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered April 15, 2016, which denied the motion of defendant 92nd and 3rd Rest Corp. to vacate the default judgment entered against it, unanimously affirmed, without costs.

Plaintiff's noncompliance with the "additional service" requirement of CPLR 3215 (g) (4) (i) does not warrant vacatur of the default judgment absent a showing of a reasonable excuse for the default and a meritorious defense (see CPLR 5015 [a] [1]; Lopez v Trucking & Stratford, 299 AD2d 187 [1st Dept 2002]; Mauro v 1896 Stillwell Ave., Inc., 39 AD3d 506 [2d Dept 2007]). The motion court properly denied vacatur on the ground that 92nd and 3rd Rest Corp.'s conclusory denial of receipt of the summons and complaint was insufficient to rebut the presumption of service created by the affidavit of service reflecting service through the Secretary of State (see Gonzalez v City of New York, 106 AD3d 436 [1st Dept 2013]; Kolonkowski v Daily News, L.P., 94 AD3d 704 [2d Dept 2012]).

We have considered 92nd and 3rd Rest Corp.'s remaining arguments and find them unavailing. Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.

■ In the Matter of JAMES MELVIN LEE, Petitioner, v THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents. [43 NYS3d 746]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.